## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ZEPHYR FLUID SOLUTIONS, LLC,

    Plaintiff,

       v.

SCHOLLE IPN PACKAGING, INC.,

    Defendant.

C.A. No. 22-cv-00475-SRF

## JOINT STATUS REPORT

Pursuant to this Court's Oral Order of August 8, 2023, Plaintiff Zephyr Fluid Solutions, LLC ("Zephyr") and Defendant Scholle IPN Packaging, Inc. ("Scholle") submit this joint status report regarding the progress of the parties' pending arbitration.

1.    Zephyr initiated this action on April 13, 2022, asserting claims for breach of contract and breach of the implied covenant of good faith and fair dealing. (D.I. 1.)

2.    On June 1, 2022, Scholle moved to dismiss the complaint or, in the alternative, to transfer the action to the Northern District of Illinois.  (D.I. 10.)

3.    On August 8, 2022, while Scholle's motion was pending, Zephyr moved to compel arbitration and stay these proceedings.  (D.I. 20.)

4.      By its Order of February 7, 2023, this Court denied Scholle's motion to dismiss, granted Zephyr's motion to compel arbitration, and stayed these proceedings.  (D.I. 36.)

5.      The Court further ordered the parties to submit a status report regarding the progress of the arbitration within six months of its Order.

6.      In compliance with the Court's directive, the parties submitted an initial joint status report on August 4, 2023 reporting on the progress of the arbitration proceedings.  (D.I. 37.)

7.      Since filing the initial joint status report, Zephyr and Scholle have completed fact discovery.  Zephyr and Scholle are currently engaged in expert discovery.

8.      An arbitration hearing is presently set to begin on May 6, 2024 before William D. Johnston, Esq.

9.      The parties respectfully request that the Court continue to stay this action.

10.     For the Court's benefit, the parties propose submitting another status report on or before August 5, 2024.

Dated: February 5, 2024

**THOMAS LAW LLC**

*/s/ Mary S. Thomas*
Mary S. Thomas (No. 5072)
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Phone: (302) 647-1203
mthomas@marythomaslaw.com

**PRICKETT, JONES & ELLIOTT, P.A.**

J. Clayton Athey (#4378)
1310 North King Street
Wilmington, DE 19801
(302) 888-6500
jcathey@prickett.com

*Attorney for Plaintiff Zephyr Fluid Solutions, LLC*

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Attorneys for Defendant Scholle IPN Packaging, Inc.*