IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZEPHYR FLUID SOLUTIONS, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>SCHOLLE IPN PACKAGING, INC.,<br><br>                Defendant. | C.A. No. 22-cv-00475-SRF |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff Zephyr Fluid Solutions, LLC and Defendant Scholle IPN Packaging, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to approval of the Court, hereby jointly stipulate and agree that all claims in this action are hereby dismissed with prejudice. Except as set forth in the April 2, 2025 Final Award of Arbitrator in American Arbitration Association Case Number: 01-23-0000-8059 (D.I. 45-3), each party shall bear its own costs, expenses and attorneys' fees.

*[SIGNATURE PAGE FOLLOWS]*

| PRICKETT, JONES & ELLIOTT, P.A. | K&L GATES LLP |
|---|---|
| /s/ J. Clayton Athey | /s/ Steven L. Caponi |
| J. Clayton Athey (#4378) | Steven L. Caponi (#3484) |
| 1310 North King Street | Matthew B. Goeller (#6283) |
| Wilmington, DE 19801 | Megan E. O'Connor (#6569) |
| (302) 888-6500 | 600 N. King Street, Suite 901 |
| jcathey@prickett.com | Wilmington, DE 19801 |
|  | (302) 416-7000 |
| **THOMAS LAW LLC** | steven.caponi@klgates.com |
| Mary S. Thomas (#5072) | matthew.goeller@klgates.com |
| 1521 Concord Pike, Suite 301 | megan.oconnor@klgates.com |
| Wilmington, DE 19803 |  |
| (302) 647-1203 | *Attorneys for Respondent Scholle* |
| mthomas@marythomaslaw.com | *IPN Packaging, Inc.* |

*Attorneys for Claimant*
*Zephyr Fluid Solutions, LLC*

Date: April 14, 2025

SO ORDERED this 15th day of April 2025.

_____
Sherry R. Fallon
United States Magistrate Judge

4926-1212-9590, v. 1